NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ABRAM JEROME JORDAN, )
)
        Appellant, )
)
v. )      Case No. 2D18-982
)
STATE OF FLORIDA, )
)
        Appellee. )
_____ )

Opinion filed September 12, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Pinellas County; Chris Helinger,
Judge.

Abram Jerome Jordan, pro se.

PER CURIAM.

       Affirmed.  See Betancourt v. State, 804 So. 2d 313 (Fla. 2001); The Florida Bar Re: Rules of Criminal Procedure (Sentencing Guidelines), 482 So. 2d 311 (Fla. 1985); Wicker v. State, 462 So. 2d 461 (Fla. 1985); Campbell v. State, 884 So. 2d 190 (Fla. 2d DCA 2004); Owens v. State, 626 So. 2d 240 (Fla. 2d DCA 1993); Knickerbocker v. State, 619 So. 2d 18 (Fla. 1st DCA 1993); Bloodworth v. State, 504 So. 2d 495 (Fla. 1st DCA 1987).

CRENSHAW, MORRIS, and SLEET, JJ., Concur.